UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL                JS-6

| Case No. | CV 22-7578-TJH(SPx) | Date | AUGUST 2, 2023 |
|---|---|---|---|

| Title | Strike 3 Holdings, LLC v. John Doe |
|---|---|

Present: The Honorable    CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   **IN CHAMBERS-ORDER AND NOTICE TO ALL PARTIES**

Counsel are hereby notified that pursuant to the Judge's directive, and pursuant to the Notice of voluntary dismissal [14] this case is hereby dismissed without prejudice and now ordered closed.

IT IS SO ORDERED.

cc: all parties

CV 90                    **CIVIL MINUTES - GENERAL**                    Initials of Deputy Clerk ys